# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANITA MANNS and CHRISTOPHER R. MANNS, both individually, and as a marital community,

          Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a foreign insurer, and AMERICAN FAMILY INSURANCE GROUP MADISON, a foreign insurer,

          Defendants.

No. 2:18-cv-01597-RSM

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties, Plaintiffs Anita Manns and Christopher R. Manns, and Defendants American Family Mutual Insurance Company, S.I., and American Family Insurance Group Madison, by and through their counsel of record, and respectfully move this Court, via stipulation, as follows:

## I. STIPULATION

THE PARTIES HEREBY STIPULATE and agree that the above-entitled matter has been fully compromised and settled between the parties, and the same may be dismissed with prejudice and without attorney fees and costs.

No. 2:18-cv-01597-RSM
STIPULATION FOR AND ORDER OF DISMISSAL - 1

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/Fax (206) 587-2476

| | | |
|---|---|---|
| 1 | DATED this  30  day of September, 2019. | DATED this  26th day of September, 2019. |
| 2 | **COLE | WATHEN | LEID | HALL, P.C.** | **BROOKS LAW FIRM** |

| | | |
|---|---|---|
| 4 | /s/ Alexander J.R. Wisbey<br>Rory W. Leid, WSBA #25075<br>Alexander J. R. Wisbey, WSBA #49696<br>1505 Westlake Avenue North, Suite 700<br>Seattle, WA 98109-6243<br>Tel: (206) 622-0494 | Fax: (206) 587-2476<br>rleid@cwlhlaw.com | awisbey@cwlhlaw.com | /s/ Ray C. Brooks<br>Ray C. Brooks, WSBA #37768<br>BROOKS LAW FIRM<br>8201 164TH Ave N.E., Suite 200<br>Redmond, WA 98052<br>T: 425-296-9025<br>E: ray@lawyerbrooks.com |

## ORDER

IN CONFORMITY with the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendants in the above-captioned matter shall be, and hereby are, DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

DATED this 8 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

**COLE | WATHEN | LEID | HALL, P.C.**

  /s/ Alexander J.R. Wisbey
Rory W. Leid, III, WSBA #25075
Alexander J.R. Wisbey, WSBA #49696
*Attorneys for Defendants*
1505 Westlake Avenue North, Suite 700
Seattle, WA 98109-6243
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | awisbey@cwlhlaw.com

No. 2:18-cv-01597-RSM
STIPULATION FOR AND ORDER OF DISMISSAL - 2

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON  98109-6243
(206) 622-0494/Fax (206) 587-2476

*Approved:*

**BROOKS LAW FIRM**

　__/s/ Ray C. Brooks_____
Ray C. Brooks, WSBA #37768
BROOKS LAW FIRM
8201 164^(TH) Ave N.E., Suite 200
Redmond, WA 98052
T: 425-296-9025
E: ray@lawyerbrooks.com

No. 2:18-cv-01597-RSM
STIPULATION FOR AND ORDER OF DISMISSAL - 3

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/Fax (206) 587-2476